



LAURA E. ROTH, ESQ.
CLERK OF THE CIRCUIT COURT

eportaluser

Collapse All

| Case Number | Filed Date | Disposition Date | County | Case Type | Status | Contested | Jury Trial |
|---|---|---|---|---|---|---|---|
| 642025CC025303XXXADL [2025 25303 CODL] | 09/16/2025 | | VOLUSIA | Replevin Damages/Value Up to $1000 | Open | No | No |

| Filing Date | Description | Active | Contested | Judgment Date |
|---|---|---|---|---|
| 09/16/2025 | County Civil, Replevin Damages/Value Up to $1000; COMPLAINT OF/FOR REPLEVIN | YES | NO | - |

| Party Name | Party Type | Attorney | Bar ID |
|---|---|---|---|
| DEMPSEY, ANGELA A | JUDGE | | |
| PUCKETT, MICHAEL | PLAINTIFF | LAHART, MARCY I | 967009 |
| EDGEWATER ANIMAL SHELTER INC | DEFENDANT | WICKERSHAM, CHRISTOPHER WEBB | 149722 |
| DOE, JANE | DEFENDANT | | |

## Dockets

Page : 1         ALL ⌄

| Image | Doc # | Action Date | Description | Pages |
|---|---|---|---|---|
| | 33 | 12/16/2025 | AMENDED MOTION/PETITION/COMPLAINT (3rd) | 80 |
| | 32 | 12/16/2025 | ORDER GRANTING mtn to dismiss w/leave to amd | 2 |
| | 31 | 12/10/2025 | HEARING SHEET | 1 |
| | 30 | 12/05/2025 | COPY OF LAW / CITATION | 15 |
| | 29 | 12/03/2025 | RESPONSE BY/FOR PLAINTIFF | 48 |
| | 28 | 12/02/2025 | COPY OF LAW / CITATION etc | 94 |
| | 27 | 12/02/2025 | MOTION FOR SANCTIONS by dfnt | 11 |
| | 26 | 11/18/2025 | NOTICE OF/FOR HEARING | 2 |
| | 25 | 11/13/2025 | NOTICE / ORDER OF CANCELING OF TAKING DEPOSITION | 1 |
| | 24 | 11/13/2025 | ORDER GRANTING partially & temporarily dfnt mtn for protective order pending hrg on dfnt mtn to dismiss | 2 |
| | 23 | 11/07/2025 | MOTION FOR PROTECTIVE ORDER by dfnt | 17 |
| | 22 | 11/06/2025 | MOTION TO DISMISS / DISSOLVE by Dfnt | 11 |
| | 21 | 11/04/2025 | MOTION FOR JUDGMENT / FINAL JUDGMENT by dfnt | 2 |
| | 20 | 11/03/2025 | NOTICE OF TAKING DEPOSITION | 13 |
| | 19 | 10/22/2025 | NOTICE / ORDER OF CANCELING OF TAKING DEPOSITION | 1 |
| | 18 | 10/21/2025 | MOTION TO QUASH by Dfnt | 4 |
| | 17 | 10/21/2025 | AMENDED MOTION/PETITION/COMPLAINT (2nd) | 9 |
| | 16 | 10/17/2025 | NOTICE OF APPEARANCE of Stephanie M Boomershine,Esq obo Dfnt | 2 |
| | 15 | 10/10/2025 | NOTICE OF TAKING DEPOSITION | 3 |
| | 14 | 10/08/2025 | ORDER TO AMEND COMPLAINT / PETITION | 4 |
| | 13 | 10/07/2025 | AFFIDAVIT / APPLICATION OF SERVICE unex replevin as to Edgewater Animal Shelter | 1 |
| | 12 | 10/03/2025 | MOTION BY/FOR PLAINTIFF (Amd)for reconsideration & Request to Amend | 20 |
| | 11 | 09/29/2025 | HEARING SHEET | 3 |
| | 10 | 09/26/2025 | EXHIBIT LIST BY/FOR DEFENDANT | 2 |
| | 9 | 09/26/2025 | NOTICE OF APPEARANCE of Christopher W Wickersham Sr Esq obo Edgewater Animal Shelter | 2 |
| | 8 | 09/24/2025 | NOTICE OF APPEARANCE of Marcy I LaHart, Esq obo Pltf | 2 |
| | 7 | 09/18/2025 | ORDER TO SHOW CAUSE ISSUED To EDGEWATER ANIMAL SHELTER fwd to VSO for SOP | 3 |
| | 6 | 09/18/2025 | ORDER TO SHOW CAUSE (replevin) Fwd to VSO for SOP | 3 |
| | 5 | 09/16/2025 | CLERK'S CERTIFICATE OF INSOLVENCY / INDIGENCY | 1 |
| | 4 | 09/16/2025 | DESIGNATION OR NOTICE OF EMAIL ADDRESS | 1 |
| | 3 | 09/16/2025 | COMPLAINT OF/FOR REPLEVIN *emailed to ja* kj | 13 |
| | 2 | 09/16/2025 | CIVIL COVER SHEET | 6 |
| | 1 | 09/16/2025 | INFORMATION SHEET | 2 |

## Judge Assignment History

| Assigned Date | Withdraw Date | Judicial Officer | Type |
|---|---|---|---|
| 09/16/2025 | - | ANGELA A DEMPSEY | |

## Court Events

| Event Date | Judge | Docket Type | Location | Prosecutor | Defendant Attorney |
|---|---|---|---|---|---|
| 2025-09-29 10:30:00 | ANGELA A DEMPSEY | Show Cause Hearing | ADZM, Zoom Meetings | | |
| 2025-12-10 14:30:00 | ANGELA A DEMPSEY | Hearing | ADZM, Zoom Meetings | | |

## Financial Summary

| Financial Summary | | | |
|---|---|---|---|
| Assessment | Total: $0.00 | Paid to Date: $0.00 | Balance Due: $0.00 |
| Restitution | Total: $0.00 | Paid to Date: $0.00 | Balance Due: $0.00 |

**Financial Details**

| Count | Assessment Due | Assessment Paid to Date | Restitution Due | Restitution Paid to Date | Last Payment Date |
|---|---|---|---|---|---|
| | $0.00 | $0.00 | | | - |

This information reflects the financial obligations shown on the Florida Comprehensive Case Information System (CCIS) for THIS CASE ONLY. For the current balances of your financial obligations, you should contact the Clerk of the Court in the county where the financial obligation was imposed. Nothing in CCIS alters any financial obligation imposed by a court.

**Reopen History**

| Reopen Date | Reopen Close Date | Reopen Reason |
|---|---|---|
| No records found. | | |